UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | : | |
|---|---|---|
| | : | |
| **In re: Elon Musk, et al.** | : | No. 25-5072 |
| | : | |
| | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Respondent, the State of Rhode Island, substitutes attorney Katherine Connolly Sadeck as counsel in place of attorney Jeff Kidd in the above-captioned matter. Please withdraw the appearance of Jeff Kidd and enter the appearance of Katherine Connolly Sadeck as counsel for the State of Rhode Island.

RESPECTFULLY SUBMITTED this 19th day of March 2025.

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Katherine Connolly Sadeck*
Katherine Connolly Sadeck,
Bar # 65560
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2480
Fax: (401) 222-3016
ksadeck@riag.ri.gov

# **CERTIFICATION OF SERVICE**

I hereby certify that on this 19th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will cause all registered CM/ECF users to be served.

/s/ *Katherine Connolly Sadeck*