# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** In re Elon Musk, et al.

v.

**Case No:** 25-5072

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Respondent State of California

### Counsel Information

**Lead Counsel:** Maria F. Buxton, Deputy Attorney General

**Direct Phone:** (415) 510-3873  **Fax:** (415) 703-1234  **Email:** Maria.Buxton@doj.ca.gov

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** California Department of Justice - Office of the Attorney General

**Firm Address:** 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102

**Firm Phone:** (415) 510-4400  **Fax:** (415) 703-5480  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## CERTIFICATE OF SERVICE

Case Name:   *In re Elon Musk, et al.*            Case No.:   25-5072

I hereby certify that on April 8, 2025, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**ENTRY OF APPEARANCE (MARIA F. BUXTON)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

This declaration was executed on April 8, 2025, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |