# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5072**                  **September Term, 2024**

1:25-cv-00429-TSC

**Filed On: May 29, 2025**

In re: Elon Musk, in his official capacity, et al.,

       Petitioners

## O R D E R

Upon consideration of the notices to supplement the record, it is

**ORDERED** that petitioners file a motion to govern further proceedings in this case by June 9, 2025. Respondents may file a response to the motion to govern by June 20, 2025, and any reply may be filed by June 27, 2025.

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                 BY:     /s/
                                           Laura M. Morgan
                                           Deputy Clerk