IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| In re U.S. DOGE Service, et al.,<br><br>Petitioners. | No. 25-5072 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

The government respectfully requests a 7-day extension of time in which to file its motion to govern further proceedings, to and including June 16, 2025. Plaintiffs do not oppose this motion.

1. This matter arises from the district court's March 12, 2025 discovery order compelling wide-ranging and expedited discovery against a senior White House advisor and a presidential advisory body within the Executive Office of the President. *See* Pet. 1-4. The district court ordered that discovery for purposes of evaluating the plaintiffs' forthcoming preliminary injunction motion, but before deciding the government's pending motion to dismiss. *See* Pet. 4-11.

On March 18, 2025, the federal government filed a petition for mandamus and an emergency motion for a stay of that discovery order, arguing that the overbroad discovery order violated the separation of

powers for multiple reasons. See Pet. 1-4, 11-36; Stay Mot. 1-3. This Court granted a stay of that discovery order "pending further order of this court." Order (March 26, 2025). The Court emphasized that "petitioners have shown a likelihood of success on their argument that the district court was required to decide their motion to dismiss before allowing discovery." *Id.* And the Court directed the parties "to promptly notify this court upon the district court's disposition of petitioners' motion to dismiss." *Id.*

On May 27, 2025, the district court denied the government's motion to dismiss the case. *See* Dkt. No. 93. On May 29, 2025, this Court ordered petitioners to file a motion to govern further proceedings by June 9, 2025, with a response due June 20, and any reply due June 27.

2. On June 6, 2025, before the government had filed a motion to govern further proceedings in these mandamus proceedings, plaintiffs filed a motion asking the district court to "vacate the Order allowing limited expedited discovery" and stating that plaintiffs "will not be filing a motion for preliminary injunction." Dkt. No. 101, at 1. But plaintiffs specified that they "make this request without prejudice

2

to their right to take merits discovery in the ordinary course pursuant to the Federal Rules of Civil Procedure." *Id.* at 1-2.

The district court has not yet ruled on plaintiffs' motion to vacate the relevant discovery order.

3. In light of plaintiffs' motion, the government respectfully requests a 7-day extension of time to allow the district court to consider the motion and to provide the government with time to consider how the district court's ruling affects its position on further proceedings on its mandamus petition.

4. Counsel for plaintiffs has informed undersigned counsel that plaintiffs do not oppose this extension.

## CONCLUSION

For the foregoing reasons, the Court should grant a 7-day extension of time in which to file the government's motion to govern further proceedings, to and including June 16, 2025.

Respectfully submitted,

GERARD SINZDAK
 s/ *Joshua Dos Santos*
JOSHUA DOS SANTOS
 (202) 305-1754
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W. 7224
Washington, D.C.  20530

JUNE 2025

4

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 460 words, according to the count of Microsoft Word.

s/ <i>Joshua Dos Santos</i><br>
JOSHUA DOS SANTOS

# CERTIFICATE OF SERVICE

I certify that on June 9, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate ACMS system. I also hereby certify that the participants in the case are registered ACMS users and will be served via the ACMS system.

                                                      s/ *Joshua Dos Santos*
                                                     JOSHUA DOS SANTOS