# United States Court of Appeals
### For The District of Columbia Circuit

———————

**No. 25-5072**  September Term, 2024

1:25-cv-00429-TSC

Filed On: June 9, 2025 [2119694]

In re: Elon Musk, in his official capacity, et al.,

        Petitioners

### O R D E R

Upon consideration of petitioners' unopposed motion for extension of time to file their motion to govern further proceedings, it is

**ORDERED** that the motion for extension of time be granted. The following deadlines are now established:

| | |
|---|---|
| Petitioners' Motion to Govern Further Proceedings | June 16, 2025 |
| Response to Motion to Govern, if any | June 26, 2025 |
| Reply to Response, if any | July 3, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Louis Karl Fisher
Deputy Clerk