

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave., N.W., Room 7224
Washington, D.C. 20530-0001

Tel: (202) 353-0213

VIA CM/ECF

June 12, 2025

Clifton Cislak
Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

    Re:   *In re USDS, et. al.*, No. 25-5072

Dear Mr. Cislak:

    The federal government files this letter in response to plaintiffs' letter dated June 11, 2025, and notice dated June 9, 2025. Plaintiffs have moved the district court to vacate the expedited discovery order that is the subject of these mandamus proceedings, but have indicated that they may seek an identical or substantially similar discovery order in the near future. The district court has issued an indicative ruling stating that it would grant plaintiffs' motion to vacate the discovery order if this Court were to lift the stay. Plaintiffs have also indicated that they will file a motion to dismiss the mandamus petition as moot.

    The federal government's view is that these mandamus proceedings would not become moot if the district court vacated the discovery order at issue because a continuing controversy exists between the parties regarding the propriety of that order, which plaintiffs have reserved the right to seek again and are likely to seek again. The government plans to file a motion to govern further proceedings by Monday, June 16, in which it will provide a fuller explanation of its position and

ask this Court to resolve its mandamus petition to provide the district court with guidance regarding the propriety and scope of any future discovery in this case. The federal government does not oppose vacating the discovery order or lifting the stay solely for that purpose.

                                      Sincerely,

                                      *s/ Joshua Dos Santos*
                                      Joshua Dos Santos
                                      Attorney

cc:    all counsel (via CM/ECF)
Words: 228